UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETRA TECH EC, INC.,<br>    Plaintiff,<br>v.<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>    Defendants. | Case No. 20-cv-08100-JD<br><br>**JUDGMENT** |

Pursuant to the order dismissing the first amended complaint without leave to amend, Dkt. No. 59, and Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiff Tetra Tech EC, Inc.

**IT IS SO ORDERED.**

Dated: September 21, 2022

_____
JAMES DONATO
United States District Judge